```
              UNITED STATES DISTRICT COURT
                 DISTRICT OF MINNESOTA
                  08-CV-4971 (JMR/RLE)
```

Raphael Mendez               )
                             )
         v.                  )    ORDER
                             )
Bureau of Prisons et al.     )

This matter is before the Court for consideration of the Report and Recommendation issued by the Honorable Raymond L. Erickson, United States Chief Magistrate Judge, on October 8, 2009 [Docket No. 27]. The petitioner, acting pro se, timely filed objections pursuant to Local Rule 72.2.

Based on a de novo review of the record, the Court adopts the Magistrate's Report and Recommendation.

Accordingly, IT IS ORDERED that:

1. The petition under 28 U.S.C. § 2241 [Docket No. 1] is denied.

2. Petitioner's motion to recuse [Docket No. 26] is denied.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: November 16, 2009

                                        s/ JAMES M. ROSENBAUM
                                        JAMES M. ROSENBAUM
                                        United States District Judge